# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-*167* |
| Plaintiff, | ORDER FOR ISSUANCE OF |
| vs. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR |
| **ROBERT MILLER**, | **ROBERT MILLER** |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROBERT MILLER**, **#01947348,** before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___I/A & A/P Thurs: 5/16/13___ ___3:00 PM  RAM  3C___, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 7, 2013

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL G. BOGDEN<br>United States Attorney |
| 2 | CRISTINA D. SILVA<br>Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd., S., Suite 5000<br>Las Vegas, Nevada 89101 |
| 4 | (702) 388-6336 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| UNITED STATES OF AMERICA, | ) | 2:13-cr- 167 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| vs. | ) | CORPUS AD PROSEQUENDUM FOR |
| | ) | **ROBERT MILLER** |
| **ROBERT MILLER,** | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ROBERT MILLER**, #01947348, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **ROBERT MILLER** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **ROBERT MILLER** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on_____ I/A & A/P Thurs: 5/16/13 _____, for Initial Appearance and

3:00 PM   RAM  3C

Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ROBERT MILLER** before the United States Magistrate Judge on or about _____ I/A & A/P Thurs: 5/16/13 _____, and any further

3:00 PM   RAM  3C

proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
3 Center and to the United States Marshal for the District of Nevada, commanding them to
4 produce the said **ROBERT MILLER,** before the United States District Court on or about
5 _____ I/A & A/P Thurs: 5/16/13 _____, and from time to time and day to day thereafter,
6 at such times and places as may be ordered and directed by the Court entitled above, to (3:00 PM RAM 3C)
7 appear before the Court, and when excused by the said Court, to be returned to the custody
8 of the Warden, Clark County Detention Center, Las Vegas, Nevada.
9     **DATED:** this 7th day of May, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

2